FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. 08CR0745-JAH |
| v. | INFORMATION |
| ENRIQUE VASQUEZ-VERGARA, Defendant. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about February 15, 2008, within the Southern District of California, defendant ENRIQUE VASQUEZ-VERGARA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 3, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

WDK:psd:San Diego
2/22/08

Count 2

On or about February 16, 2008, within the Southern District of California, defendant ENRIQUE VASQUEZ-VERGARA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 3, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 13, 2008.

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney