Case 3:08-cr-00745-JAH   Document 10   Filed 04/17/08   PageID.9   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0745-JAH |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ENRIQUE VASQUEZ-VERGARA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY (FELONY); 8 USC 1325 - ILLEGAL ENTRY (MISDEMEANOR)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/17/08

*(signature)*
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____