# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Enrique Vasquez-Vergara )

CASE NUMBER 08CR745-JAH

ABSTRACT OF ORDER

Booking No. 30724112

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/17/08

the Court entered the following order:

X Defendant be released from custody. as to this case only.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. Charges Pending in Case 08CR1189-JAH

UNITED STATES MAGISTRATE JUDGE

OR

Received ____ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY