FILED
08 APR 22 AM 10: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
ENRIQUE VASQUEZ-VERGARA,
Defendant.

CASE NO. 08CR0745-JAH

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY (FELONY); 8 USC 1325 - ILLEGAL ENTRY (MISDEMEANOR)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/17/08

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within ~~Judgement and Commitment~~ Judgment of dismissal on 4/18/08.

United States Marshal

By: ________
USMS Criminal Section

ENTERED ON ________